In re GOTTLIEB. (Supreme Court, Appellate Division, First Department. March 25, 1904.) In the matter of Gettel Gottlieb. No opinion. See memorandum per curiam.

---

GRANT, Appellant, v. PRATT & LAMBERT, Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by W. Wallace Grant against Pratt & Lambert. E. M. Shepard, for appellant. L. C. Ledyard, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

GRAVES, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Nellie Graves against the Central New York Telephone & Telegraph Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over, upon payment of the costs of the demurrer and of this appeal.

WILLIAMS, J., dissents.

---

GREENSPAN, Respondent, v. JOFFE, Appellant. (Supreme Court, Appellate Term. March 24, 1904.) Action by Abraham Greenspan against David Joffe. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed. A. B. Greenberg, for appellant. J. Rieger, for respondent.

FREEDMAN, P. J. Plaintiff brought this action, claiming to be the lessee of certain premises which he sublet to the firm of Singer & Sherman. These subtenants used the premises for the manufacture of cigarettes. Upon the dissolution of their partnership they sold some of their machinery to this defendant. The plaintiff alleges that the defendant, in removing the machinery so purchased, damaged the premises by breaking the ceilings, etc., which by the terms of plaintiff's lease the plaintiff was bound to repair. Plaintiff was the only witness who testified that the alleged damages were done by the defendant. The defendant and two other witnesses testified that the defendant did not damage, but that the machinery purchased by him was all taken apart by his grantors, and that he found such machinery lying on the floor ready to be removed, which he did without doing any damage. There was a sharp conflict of testimony. After the court rendered a judgment in favor of the plaintiff, the defendant moved for a new trial upon the ground of newly discovered evidence. This appeal is from the judgment, and also from the order denying a new trial. The testimony set forth in the affidavits used upon the motion for a new trial is clearly material upon the issues in the case, and we think the interests of justice would be best subserved by granting a new trial. Judgment reversed. New trial ordered, with costs to appellant to abide the event. All concur.

---

GREGORY, Respondent, v. D. O. HAYNES & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by G. Felix Gregory against D. O. Haynes & Co. R. S. Baldwin, for appellant. R. B. Aldcroft, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

---

In re GRIFFIN. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) In the matter of the application of James H. Griffin for admission to the bar. No opinion. Application granted.

---

GRIFHAHN, Respondent, v. KREIZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Mary C. Grifhahn, as administratrix, etc., against Bernard Kreizer and others. No opinion. Undertaking approved and filed.

---

HAACK, Appellant, v. BROOKLYN LABOR LYCEUM ASS'N et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Laura A. Haack against the Brooklyn Labor Lyceum Association, Joseph Hellig, and the city of New York. No opinion. Judgment reversed, and a new trial granted, costs to abide the event, on the opinion in Bruno Haack v. Same (decided herewith) 87 N. Y. Supp. 814.

---

HALE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by John P. Hale, Jr., against the city of New York. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, on the authority of People v. Rich, 36 App. Div. 60, 56 N. Y. Supp. 277.

---

HAMILTON, Respondent, v. FARNHAM, Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by William J. Hamilton against Paulding Farnham. No opinion. Judgment affirmed, with costs.

---

In re HAMMOND TYPEWRITER CO. In re HAMMOND. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of the Hammond Typewriter Company and of James B. Hammond. R. D. Benedict, for appellant. W. Lindsay, for respondent. Order modified by reducing the sum of $7,532.81, to be paid under the terms of the order, to the sum of $5,000, and, as modified, affirmed, without costs of this appeal to either party.